IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **LEE BOYD MALVO** | * | |
| *Petitioner* | | |
| v. | * | **CIVIL No. PJM 13-1863** |
| **RANDALL MATHENA**, *et al.* | * | |
| *Respondents* | | |
| _____ | * | |
| **NELSON RIVERA** | * | |
| *Crime Victim's Representative* | | |
| | * | |

### Notice of Supplemental Authority

Victim's Representative Nelson Rivera, the husband of murder victim Lori Ann Lewis-Rivera, by his counsel, Russell P. Butler and Victor Stone, Esqs. of the Maryland Crime Victims' Resource Center, Inc., brings to the Court's attention the December 6, 2018 decision of the Supreme Court of Tennessee in *Brown v. Jordan*, 2018 Tenn. LEXIS 728 (Dec. 6, 2018) in response to certification by the United States Court of Appeals, *Brown v. Jordan*, 2018 U.S. App. LEXIS 21629 (6th Cir. Aug. 1, 2018). The Tennessee Supreme Court opinion reflects on its face that the decision resulted procedurally from certification to that state court from the United States Court of Appeals for the Sixth Circuit of the question of the release eligibility under state law of a person under 18 years of age convicted and sentenced as an adult for first degree murder, in light of *Miller v. Alabama*, 567 U.S. 460 (2012).

Respectfully submitted.

/s/ Russell P. Butler
Bar No. 03952
rbutler@mdcrimevictims.org

/s/ Victor D. Stone
Bar No. 18692
Victor D. Stone, Esq.
Maryland Crime Victims'
    Resource Center, Inc.
1001 Prince George's Blvd., Suite 750
Upper Marlboro, Maryland 20774
Phone Number (302) 952-0063
Fax Number (240) 929 0526
vstone@mdcrimevictims.org
*Attorneys for Victim's Representative Rivera*

Certificate of Service

I HEREBY CERTIFY that on this 10th day of December, 2018, a copy of the foregoing Notice of Supplemental Authority was delivered by electronic cm/ecf, to:

William C. Brennan, Jr., Esq.
*Counsel for Petitioner*

Daniel John Jawor, Assistant Attorney General
*Counsel for Respondent, the State of Maryland*

/s/ Russell P. Butler, Esq.
*Attorney for Victim's Representative Rivera*