**BRIAN E. FROSH**
*Attorney General*

**ELIZABETH F. HARRIS**
*Chief Deputy Attorney General*

**CAROLYN QUATTROCKI**
*Deputy Attorney General*



# STATE OF MARYLAND
## OFFICE OF THE ATTORNEY GENERAL

FACSIMILE NO.

(410) 576-6475

WRITER'S DIRECT DIAL NO.

(410) 576-6415

September 25, 2019

**BY ELECTRONIC FILING**

Hon. Peter J. Messitte
U.S. District Judge
U.S. District Court for the District of Maryland
6500 Cherrywood Lane, Suite 475A
Greenbelt, Maryland 20770

    RE:   *Lee Boyd Malvo v. Warden Mathena, et al.*, PJM-13-1863
           **Parties' Joint Status Report**

Dear Judge Messitte:

    As you know, Lee Boyd Malvo brings this habeas corpus action under 28 U.S.C. § 2254, challenging the constitutionality of six life sentences without the possibility of parole imposed upon him by the Circuit Court for Montgomery County, Maryland, in 2006 for six first-degree murders that were part of what became popularly known as the "DC Sniper Case." In challenging his sentences, Mr. Malvo relies on the Eighth Amendment to the United States Constitution as construed in *Miller v. Alabama*, 567 U.S. 460 (2012), and *Montgomery v. Louisiana*, 136 S. Ct. 718 (2016). Under the authority of *Rhines v. Weber*, 544 U.S. 269 (2005), this case has been stayed since January 13, 2017, while Mr. Malvo seeks to exhaust state-court remedies.

September 25, 2019
Hon. Peter M. Messitte
Page 2

In accordance with the Court's August 27, 2019 paperless request for a status report (ECF 38), the parties submit the following update:

### *Activity in Court of Special Appeals of Maryland*

Since the parties' last status report of July 27, 2018 (ECF 29), which they incorporate by reference, Mr. Malvo's appeal before the Court of Special Appeals of Maryland from the denial of his motion to correct an illegal sentence continues to be stayed. *Malvo v. State*, No. 1436, Sept. Term 2017 (Md. Ct. Spec. App., filed Nov. 9, 2017). That court initially stayed its proceedings sua sponte pending the disposition of three unrelated cases then before the Court of Appeals of Maryland, each of which touched upon juvenile sentencing. *Carter, Bowie & McCullough v. State*, 461 Md. 295 (2018).

Shortly after the Court of Appeals issued those decisions in August of 2018, the Office of the Public Defender of Maryland and the Office of the Attorney General of Maryland jointly filed a letter asking the Court of Special Appeals to maintain the stay for at least another 30 days while the Public Defender considered whether to file motions for reconsideration with the Court of Appeals. Those motions were filed and denied.

On October 5, 2018, the parties filed another joint letter asking the Court of Special Appeals to maintain the stay specifically in Mr. Malvo's case, in the hope that the Court of Appeals would soon resolve his pending certiorari petition, which was filed in advance of judgment in the Court of Special Appeals, as allowed by state law. (As explained below, that "prejudgment" certiorari petition is still pending.)

Finally, on March 19, 2019, the Attorney General filed a letter notifying the Court of Special Appeals that the Supreme Court of the United States had issued a writ of certiorari to review the decision of the U.S. Court of Appeals for the Fourth Circuit, affirming Mr. Malvo's entitlement to federal habeas relief on his *Miller-Montgomery* claims arising out of his prosecutions in the Commonwealth of Virginia. *Malvo v. Mathena*, 893 F.3d 265 (4th Cir. June 21, 2018), *cert. granted*, 139 S. Ct. 1317 (Mar. 18, 2019). This last letter implied, at least, that the stay should

September 25, 2019
Hon. Peter M. Messitte
Page 3

remain in place until the Supreme Court issues its decision.  The Supreme Court is currently scheduled to hear oral argument on October 16, 2019.

### *Activity in the Court of Appeals of Maryland*

Meanwhile, Mr. Malvo's "prejudgment" certiorari petition before the Court of Appeals of Maryland remains pending.  *Malvo v. State*, Pet. No. 476, Sept. Term 2017 (Md., filed Jan. 25, 2018).

### *Conclusion*

In light of this history, the parties urge the Court to maintain the stay in this case and allow the ongoing state appellate proceedings to run their normal course, which, the parties surmise, will await and abide the Supreme Court's decision in Mr. Malvo's Virginia case.


Respectfully submitted,

*/s/ Daniel J. Jawor*
DANIEL J. JAWOR
Assistant Attorney General
Senior Counsel for Federal Habeas Corpus Litigation
Bar No. 28699
Counsel for Respondents

*/s/ William C. Brennan, Jr.*
WILLIAM C. BRENNAN, JR.
Bar. No. 00465
Counsel for Petitioner


ECC:  Victor Stone
         Counsel for Victim's Representative Nelson Rivera